**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                  Case No. 3:07-cr-264-J-25HTS

RICKY JEROME SMITH
_____

**O R D E R**

The United States' Motion to Dismiss Indictment Against Defendant Ricky Jerome Smith (Doc. #47) is **GRANTED** and the Indictment (Doc. #1) is hereby **DISMISSED**.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of October, 2008.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

United States Attorney (Duva)
Mark Rosenblum, Esquire
U.S. Marshal
Defendant